# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| ANTHONY RAY THOMPSON, | : No. 62 WM 2014 |
| Petitioner | : |
| v. | : |
| COMMONWEALTH OF PENNSYLVANIA AND M. OVERMEIER, SUPERINTENDENT OF SCI FOREST, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of October, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus and the Motion for Bail are **DENIED**.